ELLIOT ENOKI
United States Attorney
District of Hawaii

LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 9 2001

at \_\_ o'clock and \_\_ min. \_\_ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR01-00385 HG |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §2241(a)(1), |
| CORNEILUS WOODS, | H.R.S. 707-716(1)(d), |
| Defendant. | 18 U.S.C. §113(a)(4)] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about July 8, 2001, in the District of Hawaii, within the boundaries of Hickam Air Force Base, an area within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, Corneilus Woods, did knowingly cause, D.W., to engage in a sexual act, to wit, the penetration of the genital opening of D.W. with a screwdriver, by the use of force against D.W., with the intent to abuse, humiliate, harass and degrade D.W.

All in violation of Title 18, United States Code, Section 2241(a)(1).

COUNT 2

The Grand Jury further charges that:

On or about July 19, 2001, in the District of Hawaii, within the boundaries of Hickam Air Force Base, an area within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, Corneilus Woods, did threaten by word and conduct, with the use of a dangerous instrument, to wit, a knife, to cause bodily injury to D.W., with the intent to terrorize or in reckless disregard of the risk of terrorizing D.W.

All in violation of the Hawaii Revised Statute, 707-716(1)(d), Terroristic Threatening in the First Degree, and Title 18, United States Code, Section 13.

COUNT 3

The Grand Jury further charges that:

On or about July 19, 2001, in the District of Hawaii, within the boundaries of Hickam Air Force Base, an area within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, Corneilus Woods, did threaten by word and conduct, with the use of a dangerous instrument, to wit, a knife, to cause bodily injury to Elmore Anderson, with the intent to terrorize or in reckless disregard of the risk of terrorizing Elmore Anderson.

All in violation of the Hawaii Revised Statute, 707-716(1)(d), Terroristic Threatening in the First Degree, and Title 18, United States Code, Section 13.

COUNT 4

The Grand Jury further charges that:

On or about July 19, 2001, in the District of Hawaii, within the boundaries of Hickam Air Force Base, an area within the Special Maritime and Territory Jurisdiction of the United States, the defendant, Corneilus Woods, did assault by striking and beating D.W.

All in violation of Title 18, United States Code, Section 113(a)(4).

DATED: Sept 19, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY


_____
ELLIOT ENOKI
United States Attorney
District of Hawaii


_____
LARRY L. BUTRICK
Assistant United States Attorney

3